# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JARED GRAHAM

NO. 2019 KW 1093

NOV 2 5 2019

---

In Re:    Jared Graham, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          405,884.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

                              JMM
                              MRT
                              WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
          FOR THE COURT